**E-filed 5/19/05**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VICTORIA CRISIONE, DIANA ZANFARDINO, TATIANA MARIN, LOUIS JOSVAI, BILLIE JOSVAI,<br><br>Plaintiffs,<br><br>v.<br><br>MHC FINANCING LIMITED PARTNERSHIP, dba CALIFORNIA HAWAIIAN MOBILE ESTATES,<br><br>Defendants. | Case No. CV-03-5173-JF<br><br>ORDER OF DISMISSAL |

    The parties hereto, by their counsel, have advised the Court that they have agreed to a settlement of this case.

    IT IS HEREBY ORDERED that this cause be dismissed with prejudice; however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing ORDER SHALL STAND VACATED

1  and this cause shall forthwith be restored to the calendar to be
2  set for trial.
3
4
5  DATED: 5/19/05
6                                          /s/electronic signature
7                                          _____
                                           JEREMY FOGEL
8                                          United States District Judge

ORDER OF DISMISSAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

ORDER OF DISMISSAL