Robert S. Coldren, Bar No. 81710
C. William Dahlin, Bar No. 91269
(bdahlin@hkclaw.com)
Mark D. Alpert, Bar No. 138152
HART, KING & COLDREN
A PROFESSIONAL CORPORATION
200 East Sandpointe, Fourth Floor
Santa Ana, California 92707
Telephone: (714) 432-8700
Facsimile: (714) 546-7457

**E-filed 11/15/05**

Attorneys for Defendant MHC Financing Limited Partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| VICTORIA CRISIONE, DIANA ZANFARDINO, TATIANA MARIN, LOUIS JOSVAI AND BILLIE JOSVAI,<br><br>Plaintiffs,<br><br>v.<br><br>MHC FINANCING LIMITED PARTNERSHIP, dba CALIFORNIA HAWAIIAN MOBILE ESTATES, DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: C 03-05173 JF<br><br>Judge Jeremy Fogal<br>Courtoom: 3<br><br>**FINAL JUDGMENT AND ORDER DISMISSING ACTION PURSUANT TO STIPULATION (NUNC PRO TUNC)** |

This action was commenced in January, 2003. The essence of Plaintiffs' complaint is that three (3) mobilehome spaces, which are the subject of the action, should receive rent controlled rents. Defendants have asserted that the spaces are rent control exempt as "new construction" as that term is defined by the City of San Jose's Mobilehome Rent Control Ordinance and that no contract or other viable theory of liability exists to impose artificial rent limits upon Defendants.

Defendants filed a motion for summary judgment and, prior to that motion coming on for hearing, the parties engaged in substantive settlement discussions with

1

the Court. A settlement was reached and the terms of that settlement was recited in open Court and agreed upon by the parties. An essential term and element of that settlement was that the Court would enter a final judgment dismissing the action. Moreover, in addition to simply dismissing the action, it was stipulated and agreed that the parties would enter into a long term lease, (which the Court is informed has been prepared and executed by all parties) that the parties would execute mutual agreement and release as part of the settlement (which the Court is again advised has been prepared and fully executed by all parties) and that the Court's order of dismissal would specifically note and reference that the three (3) mobilehome spaces that were the subject of this action are legally and factually exempt from the City of San Jose's Rent Control Ordinance.

The parties, having fully performed the terms of the settlement agreement by executing the agreed upon documents to complete the settlement, including long-term leases and a mutual settlement and release agreement, now ask the Court to enter its order in accordance with the terms and provisions of the settlement.

THEREFORE, IT IS ORDERED, ADJUDICATED AND DECREED that Spaces 412, 413 and 414 of Cal Hawaiian Mobile Estates are exempt from the City of San Jose's Rent Control Ordinance as "new construction" pursuant to Section 17.22.350 of the City of San Jose's Municipal Code.

Pursuant to the agreement of the parties, this Judgment constitutes an affirmative ruling on the merits of this action and the action is dismissed with prejudice. Pursuant to the terms of the agreement of the parties, each party has agreed to bear their own attorney fees and costs.

Dated: November 15, 2005

/s/electronic signature authorized
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

36546.039/133

*FINAL JUDGMENT AND ORDER DISMISSING ACTION (NUNC PRO TUNC)*

PROOF OF SERVICE
VICTORIA CRISIONE, DIANA ZANFARDINO, TATIANA MARIN, LOUIS JOSVAI AND BILLIE JOSVAI v. MHC FINANCING LIMITED PARTNERSHIP, dba CALIFORNIA HAWAIIAN MOBILE ESTATES, DOES 1 through 100, inclusive
Court Case No. C 03-05173 JF

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 200 East Sandpointe, Fourth Floor, Santa Ana, California 92707-0507. On November 8, 2005, I caused the foregoing documents(s) described as **FINAL JUDGMENT AND ORDER DISMISSING ACTION PURSUANT TO STIPULATION (NUNC PRO TUNC)** to be served on the interested parties in this action as follows:

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as stated on the ATTACHED SERVICE LIST.

☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid Santa Ana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

☐ **BY OVERNIGHT COURIER:** I caused such envelope to be placed for collection and delivery on this date in accordance with standard Overnight Express delivery procedures.

☐ **BY FACSIMILE:** I caused such document(s) to be transmitted by facsimile transmission from a facsimile transmission machine, at Santa Ana, California, with the telephone number, (714) 546-7457 to the parties and/or attorney for the parties at the facsimile transmission number(s) shown above. The facsimile transmission was reported as complete without error by a transmission report, issued by the facsimile transmission machine upon which the transmission was made. A true and correct copy of the transmission report is attached hereto and incorporated herein by reference.

☐ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the above-referenced person(s).

☒ [Federal] I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 8, 2005, at Santa Ana, California.

*/s/ Sandra Moore*
SANDRA MOORE

i

SERVICE LIST
VICTORIA CRISIONE, DIANA ZANFARDINO, TATIANA MARIN, LOUIS JOSVAI AND BILLIE JOSVAI v. MHC FINANCING L.IMITED PARTNERSHIP, dba CALIFORNIA HAWAIIAN MOBILE ESTATES, DOES 1 through 100, inclusive
Court Case No. C 03-05173 JF

Bruce E. Stanton, Esq.
Law Offices of Bruce E. Stanton
The Garden Alameda
1530 The Alameda, Suite 115
San Jose, CA  95126